UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH GIGGER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 10-0364 (RMC) |
| CORRECTIONS CORPORATION OF AMERICA, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The Court previously revoked Plaintiff's *in forma pauperis* status pursuant to 28 U.S.C. § 1915(g). *Gigger v. Corr. Corp. of Am.*, __ F. Supp. 2d __, __, 2010 WL 4623959, at *3 (D.D.C. Nov. 12, 2010). The Court stayed all proceedings in this action for a 45-day period within which Plaintiff was ordered to pay the filing fee in full to the Clerk of Court. Plaintiff was warned that, if he failed to make the payment timely, this action would be dismissed. To date, Plaintiff neither has paid the filing fee nor has requested more time to do so.

Accordingly, the Court will lift the stay, deny all pending motions, and dismiss this civil action without prejudice. An Order is issued separately.

/s/ Rosemary M. Collyer
ROSEMARY M. COLLYER
United States District Judge

DATE: 18 January 2011